IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN SCOTT WELLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:15-CV-827-WKW ) [WO] |
| WIREGRASS MEDICAL CENTER, | ) ) |
| Defendant. | ) |

## **ORDER**

On August 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)  The Recommendation is ADOPTED;

(2)  Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(3)  Plaintiff's Motion for Leave to Amend Parties (Doc. # 6) is DENIED.

A separate final judgment will be entered.

DONE this 30th day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE